UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY /K____ D.C.

05 SEP 15  AM 10: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**KIMBERLY SHEA RAWDON**

v.

**UNITED STATES OF AMERICA**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-3050-D**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Motion Pursuant To 28 U.S.C. § 2255 entered on September 9, 2005, this cause is hereby dismissed.

APPROVED:

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

September 14, 2005
Date

**THOMAS M. GOULD**

*[signature]*
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9/15/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CV-03050 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

Kimberly Shea Rawdon
17830-076
FCI- Tallahassee
501 Capital Circle, NE
Tallahassee, FL 32301

Honorable Bernice Donald
US DISTRICT COURT